# UNITED STATES DISTRICT COURT
for the
Western District of NY

| | |
|---|---|
| JOHN BLEVINS, *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 20-cv-00871-FPG |
| COMMISSIONER OF SOCIAL SECURITY, *Defendant* | ) ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: The Commissioner's final decision is REVERSED pursuant to sentence four of 42 U.S.C. § 405(g), and the case is REMANDED for further administrative proceedings. The Clerk of Court is directed to enter final judgment on the complaint in plaintiff's favor and close this case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Frank P. Geraci, Jr. on a motion for final judgment in plaintiff's favor.

Date: 03/30/2021

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*