IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
(BUFFALO)

------------------------------------------------------------------x
JOHN LEWIS BLEVINS,

Plaintiff,

-v-                                                               1:20-cv-871-FPG

Commissioner of Social Security,

Defendant.
------------------------------------------------------------------x

## STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND COSTS UNDER 28 U.S.C. § 1920

**IT IS HEREBY STIPULATED** by and between Jason P. Peck, Special Assistant United States Attorney, for James P. Kennedy, Jr., the United States Attorney for the Western District of New York (attorneys for the defendant herein) and Anthony J. Rooney, Esq. (attorney for the Plaintiff), that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of **$5,750.19,** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of **$400.00**.

DATED: April 29, 2021

JAMES P. KENNEDY. JR.                    LAW OFFICES OF KENNETH HILLER, PPLC

| United States Attorney | Attorneys for Plaintiff |
|---|---|
| BY: */s Jason P. Peck*<br>JASON P. PECK<br>Special Assistant United States Attorney<br>Western District of New York<br>Social Security Administration<br>Office of the General Counsel<br>26 Federal Plaza, Room 3904<br>(212) 264-2493<br>jason.peck@ssa.gov | BY: */s Anthony J. Rooney*<br>Anthony John Rooney<br>6000 North Bailey Avenue<br>Suite 1A<br>Amherst, NY 14226<br>(716) 564-3288<br>(716) 332-1884<br>arooney@kennethhiller.com |

So Ordered
Hon. Frank P. Geraci, Jr.
United States Judge, Western New York
April 30, 2021